UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAISHA BALL, #16065415,              )
                                     )
            Plaintiff,               )
                                     )        CIVIL ACTION NO.
VS.                                  )
                                     )        3:17-CV-0180-G (BK)
MICHIKO SOTO,                        )
                                     )
            Defendant.               )

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

The court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In

support of this certification, the court adopts and incorporates by reference the

magistrate judge's findings, conclusions, and recommendation.  See *Baugh v. Taylor*,

117 F.3d 197, 202 and n.21 (5th Cir. 1997).  Based on the findings and

recommendation, the court finds that any appeal of this action would present no

legal point of arguable merit and would, therefore, be frivolous.  *Howard v. King*, 707

F.2d 215, 220 (5th Cir. 1983).[*]  In the event of an appeal, plaintiff may challenge

this certification by filing a separate motion to proceed *in forma pauperis* on appeal

with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit.  See *Baugh*,

117 F.3d at 202; FED. R. APP. P. 24(a)(5).


May 19, 2017.


_____
**A. JOE FISH**
**Senior United States District Judge**

---

[*]       Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order.  A timely notice of appeal must be filed even if the district court certifies an appeal as not taken in good faith.